IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

NNAMEKA NWAGBOLOGU,

    Plaintiff,

vs.                                                       Civ. No. 99-1193 WWD/DJS

REGENTS OF THE UNIVERSITY OF NEW
MEXICO, LOUIS ACHUSIM, DOMINIC
CASELNOVA, AMY BOULE, GENE MOSHER,
and SHERYL PATTON,

    Defendants.

## MEMORANDUM OPINION AND ORDER

    This memorandum addresses the Rule 16 conference held February 9, 2001. As the result of a discussion with counsel, it has been agreed that the only claims remaining in this law suit at this time are the claims under 42 U.S.C. §§ 1981and 1981a against Sheryl Patton, and the claims under Title VII of the 1964 Civil Rights Act against the Regents of the University of New Mexico. Accordingly, all other claims and all other Defendants, not heretofore dismissed, are dismissed; and this cause shall proceed to trial solely on the claims under 42 U.S.C. §§ 1981and 1981a against Sheryl Patton, and the claims under Title VII of the 1964 Civil Rights Act against the Regents of the University of New Mexico.

    **IT IS SO ORDERED.**

                                                                            UNITED STATES MAGISTRATE JUDGE